# GENERAL COURT.

## VIRGINIA, OCTOBER, 1813.

*Commonwealth*
*v.* } ROBBERY OF THE MAIL.
*John Feely.*

The prisoner was charged in an indictment in the following words, that "he the said John Feely, with force

*(margin:)* MARYLA'D.

United States
v.
Almeida.

*(margin:)* Jurisdiction of state courts.

VIRGINIA,
1813.

Com'wealth
v.
Feely.

and arms, feloniously did steal, take, and carry away out of the mail of the United States, three packages, containing articles of value; one directed to Philadelphia, one to Pennsylvania, and one northward; which packages had been delivered to Gardner I. Grant, (who was mail carrier,) to carry them from Wythe court house, to Montgomery court house, contrary to the form of the act of congress of the United States, in such case made and provided, and against the peace and dignity of the commonwealth."

The prisoner was tried on this indictment, and found guilty by the jury.

He moved in arrest of judgment for the following reason: "because he says, that the offence in the indictment being created by an act of congress, this court being a state court, has not jurisdiction thereof."

The case was adjourned to the general court, who met on the 11th of November 1813. Present—Judges White, Stuart, Brockenbrough, Semple, Allen, Randolph, Dabney, and Daniel. The court entered the following judgment upon their records. " The Court doth unanimously decide, that as the offence described in the indictment in this case, is created by an act of congress, the said superior court being a state court, hath not jurisdiction of the offence."